[No. 44526-0-I.    Division One.    April 24, 2000.]

MAG MALLORY, *Appellant*, v. LAVEEDA
GARLINGTON-MATHEWS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-24535-4, Carol A. Schapira and George A.
Finkle, JJ., entered March 30, 1999. *Affirmed* by unpub-
lished opinion per Cox, J., concurred in by Webster and
Baker, JJ.

[No. 44922-2-I.    Division One.    April 24, 2000.]

WINDERMERE REAL ESTATE/WHATCOM, INC., ET AL.,
*Respondents*, v. ALBERT JANSEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for What-
com County, No. 97-2-01352-2, Michael F. Moynihan, J.,
entered June 18, 1999. *Reversed* by unpublished opinion
per Coleman, J., concurred in by Becker, A.C.J., and Baker,
J.

[No. 43928-6-I.    Division One.    April 24, 2000.]

*In the Matter of the Marriage of* KONSTANTINOS E.
TSIMOURIS, *Respondent*, and HARIKLEIA TSIMOURIS,
*Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 98-3-00067-8, George E. McIntosh, J.,
entered December 18, 1998. *Reversed with instructions* by
unpublished opinion per Cox, J., concurred in by Agid, C.J.,
and Grosse, J.

[No. 44205-8-I.    Division One.    April 24, 2000.]

*In the Matter of the Estate of* ESTELLA DEARBONE.

SIMON L. DEARBONE, *Appellant*, v. MARGARET K. DORE, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-4-01931-6, Donald D. Haley, J., entered
January 29, 1999. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Baker and Kennedy, JJ.